**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**DEBRA CONGER**                                                                             **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO.: 3:06CV123WA**

**COPELAND'S OF NEW ORLEANS, INC.**                          **DEFENDANT**

## ORDER

      This matter, which was recently reassigned to the undersigned United States Magistrate Judge, came before the court on the Defendant's Motion to Compel Supplementation of Discovery and the Plaintiff's Motion for Extension of Time to Respond to that Motion.  A review of the docket shows that an earlier discovery Motion is pending – a Supplemental Motion to Enforce the Court's Order – to which the Plaintiff never responded.  Although that Motion was not accompanied by the required Certificate of Good Faith, in light of the Plaintiff's failure to respond, it will be granted.  The Plaintiff will either provide the requested documents or execute the medical authorization by February 20, 2007.  The Plaintiff's Motion for Extension of Time will also be granted, and the Plaintiff will be given until February 20 to respond to the Defendant's latest Motion.

      IT IS, THEREFORE, ORDERED that the Defendant's Supplemental Motion to Enforce the Court's Order and the Plaintiff's Motion for Extension of Time are hereby **granted**, in accordance with the conditions discussed above.

      IT IS SO ORDERED, this the 13th day of February, 2007.

                                                                       S/Linda R. Anderson
                                                     UNITED STATES MAGISTRATE JUDGE