**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**DEBRA CONGER**                                                                                               **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO.: 3:06CV123WA**

**COPELAND'S OF NEW ORLEANS, INC.**                            **DEFENDANT**

## ORDER

This matter came before the court on the Defendant's Motion to Compel Supplementation of Discovery. The court earlier granted the Plaintiff an extension of time of until February 20, 2007, to respond to the Motion; however, as of this date, no response has been filed.

IT IS, THEREFORE, ORDERED that the Defendant's Motion to Compel Supplementation of Discovery is hereby **granted**, and the Plaintiff shall produce the material at issue on or before March 19, 2007.

IT IS SO ORDERED, this the 23rd day of February, 2007.

                                                                        S/Linda R. Anderson
                                                       UNITED STATES MAGISTRATE JUDGE